[No. 6938–5–II. Division Two. June 28, 1985.]

INLAND TRANSPORTATION CO., INC., *Appellant,* v. THE CITY OF TACOMA, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 264430, Floyd V. Hicks, J., entered June 21, 1982. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.

[Nos. 13794–8–I; 13795–6–I. Division One. July 1, 1985.]

*In the Matter of* CARMEN MARIA LEON.

*In the Matter of* HEATHER LEON.

LINDA MARIA LEON, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 81–7–00961–0, Horton Smith, J., entered June 30, 1983. *Vacated* and *remanded* by unpublished opinion per Grosse, J., concurred in by Scholfield, A.C.J., and Coleman, J.

[No. 12362–9–I. Division One. July 1, 1985.]

RICHARD E. CROWE, ET AL, *Appellants,* v. GROUP HEALTH COOPERATIVE OF PUGET SOUND, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 79–2–00167–8, Terrence A. Carroll, J., entered September 21, 1982. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Williams and Ringold, JJ.